413 A.2d 1125

Commonwealth, Appellant,

v. Creel and Williams.

Argued March 19, 1979.   Ernest D. Preate, Jr., District Attorney, submitted a brief on behalf of Commonwealth, appellant; Robert Nolan, for appellees.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Order affirmed.

413 A.2d 1125

H.C.S.C.–Credit and Collection v. Coggiano et ux., Appellants.

Submitted March 20, 1978.   Thomas S. McCready, for appellants;   Frank L. Tamulonis, for appellee.

Order of court affirmed.

JACOBS, former P. J. and HOFFMAN, J. did not participate in the consideration or decision of this case.